UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACOB HAWKINS-BIVINS #941156,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

Hon. Ray Kent

Case No. 2:25-cv-29

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Jacob Hawkins-Bivins #941156 has submitted the following unsigned documents, in violation of Fed. R. Civ. P. 11(a):

Complaint and Application to Proceed in Forma Pauperis – ECF No. 1 and 2

These documents will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Jacob Hawkins-Bivins #941156 files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date: February 19, 2025
ns

    /s/ Ray Kent
    RAY KENT
    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACOB HAWKINS-BIVINS #941156,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

Hon. Ray Kent

Case No. 2:25-cv-29

**SIGNATURE PAGE FOR:**

Complaint and Application to Proceed in Forma Pauperis – ECF No. 1 and 2

    The foregoing documents are hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.