UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JACOB HAWKINS-BIVINS,

        Plaintiff,                    Case No. 2:25-cv-29

v.                                            Honorable Ray Kent

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  March 14, 2025                        /s/ Ray Kent
                                                           Ray Kent
                                                            United States Magistrate Judge